UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| Ray Gushard | : | Case No. 23-60242 |
| Rona J. Gushard, | : | Judge John Gustafson |
| Debtor(s) | | |

### NOTICE OF CONTINUED MEETING OF CREDITORS

Now comes Dynele L. Schinker-Kuharich, Trustee, and hereby gives notice that the Meeting of Creditors has been continued to **April 26, 2023 at 8:30 a.m.**

**Location: The meeting will be conducted remotely via Zoom**

**Meeting ID: 7292847129**

**Passcode: Chapter13**

Respectfully submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: DLSK@Chapter13Canton.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Ray Gushard** | : | **Case No. 23-60242** |
| **Rona J. Gushard,** | : | **Judge John Gustafson** |
| Debtor(s) | | |

## TRUSTEE'S REPORT OF MEETING OF CREDITORS

The Meeting of Creditors scheduled for April 12, 2023, was held, and was continued.

Debtor(s) appeared.

The item(s) below have been requested by the Trustee and must be uploaded to the document delivery portal at least two (2) business days prior to the date of the continued Meeting of Creditors.

X Debtor Information Form

Trustee notes the following about this case:

X Application for Attorney Fees is required
X Motion to Pay Trustee Direct is necessary due to existing plan language
X The proposed Plan is currently unfeasible
X Amend Plan to pay vehicles inside plan and check box 3 in part 2.2
X Amend Schedule J to remove arrears payments and show affordability of plan
X All tax refunds must be paid into the Plan

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, a true and correct copy of the Notice of Continued Meeting of Creditors was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin, Counsel for Ray and Rona J. Gushard, at jc@jcelgin.com

and via regular U.S. Mail, postage prepaid, upon:

Ray Gushard
969 Neil Circle N.
Mansfield, OH 44903-7699

Rona J. Gushard
969 Neil Circle N.
Mansfield, OH 44903-7699

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee