The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 12 2023**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Ray Gushard and** | : | **Case No. 23-60242** |
| **Rona J. Gushard,** | : | **Judge John Gustafson** |
| **Debtors.** | | |

### AGREED ORDER TO SETTLE MOTION TO PERMIT DIRECT PAYMENT

This matter is before the Court upon Debtors' Motion to Permit Direct Payment and Trustee's Objection there to. The parties have agreed to the following:

Debtors hereby agree to make 50% of the Plan payment through a wage order from Debtor husband's employer. Debtors hereby agree to make the other 50% of the Plan payment directly through TFS by the 20th of each month. In the event that payments discontinue for any reason, Trustee will immediately upload an amended wage order for the full amount from Debtors' employers, if any.

**IT IS SO ORDERED.**

###

**Submitted By:**

/s/ A. Michelle Jackson Limas_____
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**Approved By:**

/s/ Jonathon Carl Elgin_____
Jonathon Carl Elgin
Counsel for Ray and Rona J. Gushard
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
Telephone: (567)275-1040
Facsimile: (   )    -
Email: jc@jcelgin.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Jonathon Carl Elgin , Counsel for Ray and Rona J. Gushard, via the Court's Electronic Case Filing System at jc@jcelgin.com

Ray Gushard, Debtor, via regular mail at:
969 Neil Circle N.
Mansfield, OH 44903-7699

Rona J. Gushard, Debtor, via regular mail at:
969 Neil Circle N.
Mansfield, OH 44903-7699