The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.




John P. Gustafson
United States Bankruptcy Judge

**Dated: October 15 2025**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Ray Gushard** | : | **Case No. 23-60242** |
| **Rona J. Gushard,** | : | **Judge John Gustafson** |
| **Debtors.** | | |

**ORDER FOR PAYMENT FROM DEBTORS TO TRUSTEE**
**(Amended per Notice of Conduit Plan Modification [doc. 89])**

It appearing to the Court that Debtors filed a plan under Chapter 13 of the Bankruptcy Code and that Dynele L. Schinker-Kuharich is the duly appointed Standing Chapter 13 Trustee for the Northern District of Ohio in Canton; and

It further appearing to the Court that Debtors' plan indicates that Debtors are to make payments directly to Trustee;

**IT IS THEREFORE ORDERED** that Debtors are to pay the sum of **$1,662.50 MONTHLY**. A full monthly payment is due on or before the 20th day of each month. Automatic payments may be set up at www.TFSbillpay.com. Debtors without internet access may remit a money order or certified funds payable to CHAPTER 13 TRUSTEE to:

**Chapter 13 Trustee**
**P.O. Box 616**
**Memphis, TN 38101-0616**

Debtors' name and Chapter 13 case number must legibly appear on all money orders and certified checks. No personal checks will be accepted.

    **IT IS FURTHER ORDERED** that if Debtors fail to make said payments in accordance with this Order, Trustee may submit an order to this Court for employer deductions.

###

Submitted by:

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: HLatzan@Chapter13Canton.com

**NOTICES TO:**

Ray Gushard, Debtor, via regular mail at:
969 Neil Circle N.
Mansfield, OH 44903-7699

Rona J. Gushard, Debtor, via regular mail at:
969 Neil Circle N.
Mansfield, OH 44903-7699

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Jonathon Carl Elgin, Counsel for Ray and Rona J. Gushard, via the Court's Electronic Case Filing System at jc@jcelgin.com